UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **SOPHY TREADWAY, and all others similarly situated under 29 U.S.C. § 216(b),** | § § § § | |
| Plaintiffs, | § § | Civil No. 2:18-cv-00259 |
| v. | § § | |
| **EXXIZZ FOODS, INC. D.B.A. ROCKPORT DONUTS** | § § § § § | |
| Defendants. | § | |

### ATTORNEY ANDREA M. JOHNSON"S EXPENSES RELATED TO MARCH 28, 2019 HEARING REGARDING MOTION FOR CLASS CERTIFICATION AND OTHER PLEADINGS

Per the Court's order of March 28, 2019, the following are the expenses of counsel for Exxizz Foods regarding the hearing of March 28, 2019:

1)   Airfare:  $543.96

2)   Car expenses from and to the Corpus Christi airport:  $67.20

3)   Food expenses (lunch):  $40.63 (U and I restaurant)

**Total:  $651.79** – receipts attached.

This accounting does not include mileage travel by car to and from Hobby Airport in Houston ($13.25), and it does not include incidental expenses of two water bottles purchased at the airport ($5.00), a bottle of orange juice purchased at the courthouse ($1.50), or of snacks purchased at the airport and at the federal court concession of $5.00 (combined total of $11.50). This accounting does not include time spent at the courthouse in preparation for the hearing or for

1

attendance at the hearing (combined about 5 hours) or for waiting time at the airport for return to Houston (~2 hours).

DATED: April 1, 2019

Respectfully submitted,

*/s/ Andrea M. Johnson*
Andrea M. Johnson
Texas State Bar No. 10679600
Federal Bar No. 1285
KANE RUSSELL COLEMAN & LOGAN, PC
5051 Westheimer Road, Suite 1000
Houston, Texas 77056
Phone: (713) 425-7433
Fax: (713) 425-7700
Email:  ajohnson@krcl.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT
EXXIZZ FOODS, INC. *D/B/A* ROCKPORT DONUTS**

**OF COUNSEL FOR DEFENDANTS
EXXIZZ FOODS, INC. *D/B/A* ROCKPORT DONUTS:**

Demetri J. Economou
State Bar of Texas No. 24078461
Federal Bar No. 1852182
KANE RUSSELL COLEMAN & LOGAN PC
5051 Westheimer Road, Suite 1000
Houston, Texas 77056
Phone: (713) 425-7432
Facsimile: (713) 425-7700
Email: deconomou@krcl.com

## CERTIFICATE OF SERVICE

I certify that on April 1, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Andrea M. Johnson*
Andrea M. Johnson