United States District Court
Southern District of Texas
**ENTERED**
April 24, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SOPHY TREADWAY, *et al*, § § Plaintiffs, § VS. § SOPHEAK OTERO, *et al*, § § Defendants. § § § § | CIVIL ACTION NO. 2:18-CV-259 |

## FINAL JUDGMENT

Pursuant to the Court's Order Overruling Objections and Adopting Memorandum and Recommendations (D.E. 146), the Court enters final judgment dismissing this action without prejudice.

ORDERED this 24th day of April, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE